App. Div.]        First Department, January, 1913.

John Quinn v. Donald C. Catlin.— Motion denied, with ten dollars costs.

Gutta-Percha and Rubber Company v. Charles J. Holman.— Motion granted; question certified.

Susan Coyle v. George W. Linch.— Motion denied, with ten dollars costs.

William N. White v. Western Union Telegraph Company.— Motion denied, with ten dollars costs.

Nathan C. Mellen v. Athens Hotel Company.— Motion denied, with ten dollars costs.

Nora O'Neill v. Bernheimer & Schwartz Company.— Motion denied, with ten dollars costs.

Samuel Gotthelf v. Julius Krulewitch.— Motion denied, with ten dollars costs.

In the Matter of William R. Willcox.— Motion denied, with ten dollars costs.

Fidelity Mutual Life Insurance Company v. Harris Richland.— Motion granted.

Bennett Bishop v. James A. Whitcomb.— Motion granted. Order to be settled on notice.

The People of the State of New York v. Isidor Steinkreutzer.— Motion granted; time extended thirty days. Order to be settled on notice.

C. Wickliffe Throckmorton v. William S. Howell.— Motion denied, without costs. Order to be settled on notice.

Amina De Negro v. Charles A. Christman.— Application denied, with ten dollars costs. Order signed.

Charles D. Mower v. Charles M. Englis.— Application denied, with ten dollars costs. Order signed.

William H. Dean v. William C. Eakins.— Application denied, with ten dollars costs. Order signed.

Julius Dietz v. Louis Strauss.— Application granted. Order signed.

Nathan Weinstein v. The City of New York.— Application granted. Order signed.

Joseph Horn v. Isaac Breakstone.— Application denied, with ten dollars costs. Order signed.

Morris Perlman v. Brooklyn Heights Railroad Company.— Application denied, with ten dollars costs. Order signed.

Frederick A. Witkov v. Clifford B. Harmon.— Application denied, with ten dollars costs. Order signed.

Otto L. Spannhake v. Mountain Construction Company.— Application granted. Order signed.

Henry Handy v. Van Cortlandt Realty Company.— Application granted. Order signed.

Henry Handy v. Van Cortlandt Realty Company.— Motion granted.

James Pollitz v. Edward T. Jeffery and Others.— Motion denied, with ten dollars costs.

James Pollitz v. Wabash Railroad Company and Others.— Motion denied, with ten dollars costs.

In the Matter of Charles H. Hyde.— Respondent disbarred.